IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**ESTATE OF LLOYD R. WINDBIGLER**

       Plaintiff,

v.

**WELLS FARGO BANK, NATIONAL ASSOCIATION,**
**a foreign corporation doing business in the State of Colorado,**
**and CENTURYLINK, INC.,**
**a foreign corporation doing business in the State of Colorado**

       Defendants.

_____

## NOTICE OF REMOVAL

_____

**TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO:**

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1441(a), and 1446, Defendant CenturyLink, Inc. ("CenturyLink" or "Defendant"), removes the action entitled *Estate of Lloyd Windbigler v. Wells Fargo Bank, National Association and CenturyLink, Inc.*, filed in the District Court, Larimer County, State of, Colorado, Case No. 2017-cv-30908 (the "Action") to the United States District Court for the District of Colorado. Removal is proper because, as set forth herein, this Court has subject matter jurisdiction over the claims at issue in the Action, and the procedural requirements for removal have been satisfied.

Removal is proper on the following grounds:

1.    On October 26, 2017, Plaintiff filed a Summons, *(Exhibit A)*, Complaint ("Complaint"), *(Exhibit B)*, and Civil Court Cover Sheet, *(Exhibit C),* against CenturyLink and

Wells Fargo Bank, National Association ("Wells Fargo") in Case No. 2017-cv-30908 in District Court, Larimer County, State of Colorado. Plaintiff filed a Return of Service on CenturyLink on October 31, 2017, *Exhibit D,* and filed a Return of Service on Wells Fargo that same day, *Exhibit E.* On November 16, 2017, CenturyLink filed an Unopposed Motion for Extension of Time and Proposed Order, *Exhibit F,* to respond to the Complaint, and the court granted that motion on November 17, 2017. *Exhibit G.* On November 21, 2017, Plaintiff filed a Motion and Request for Default Judgment and Proposed Order against Wells Fargo. *Exhibit H.* On November 22, 2017, Neal K. Dunning and Rachel H. Connor filed an Entry of Appearance, *Exhibit H,* a Motion for Extension of Time to Answer and Proposed Order, *Exhibit I,* and an Amended Motion for Extension of Time and Proposed Order, *Exhibit J,* on behalf of Wells Fargo. The Court entered an Order Granting Amended Motion for Extension of Time to File Answer on November 27, 2017. *Exhibit K*. The above-referenced documents are the only "process, pleadings, and orders" that have been served upon CenturyLink in the above-captioned action to date. 28 U.S.C. § 1446(a). Pursuant to D.C. Colo. LCivR 81.1, a current state court docket sheet (register of actions) is attached hereto as *Exhibit L*.

2. Under federal law, "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." *28 U.S.C § 1441(a).*

3. Federal district courts "shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." *Id.* § 1331.

*4.* The Complaint asserts two claims against defendants under the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001, *et seq.* ("ERISA"). Plaintiff's

ERISA claims are claims arising under the laws of the United States.

5. This Notice of Removal is timely filed within thirty days of service of the Complaint. *28 U.S.C. § 1446(b).*

6. Wells Fargo unambiguously consents to removal as set forth in the Notice of Consent to Removal by Wells Fargo Bank, National Association, which will be filed contemporaneously herewith, and within thirty days of service of the Complaint. *Exhibit M.*

7. The state court action is pending within the judicial district and division of this Court. *28 U.S.C. §§ 1441(a), 85.* Venue is proper pursuant to 28 U.S.C. § 1391.

8. Written notice of the filing of this Notice of Removal will be filed with the Clerk of the District Court, Larimer County, State of Colorado and will be served on Plaintiff as evidenced by Exhibits N (Notice of Filing Notice of Removal) and O (Notice to Adverse Party) to this Notice, which are attached hereto without attachments and incorporated herein by this reference.

9. No previous Notice of Removal has been filed in or made to this Court for the relief sought herein.

10. By filing this Notice of Removal, CenturyLink does not waive any of its rights, denials, defenses or objections, including but not limited to defects in process or service of process, jurisdiction, venue, or any other defense.

WHEREFORE, Defendant CenturyLink prays that the above-captioned action now pending against it in District Court, Larimer County, State of Colorado be removed to this Court.

Date: November 29, 2017

/s/ *Elizabeth I. Kiovsky*
Elizabeth Kiovsky (#18164)
Kiovsky DuWaldt, LLC
2820 Welton Street
Denver, Colorado 80205
Tel: (303) 320-8301
Fax: (866) 804-9379
E-mail: beth@kdemploymentlaw.com
**ATTORNEYS FOR DEFENDANT CENTURYLINK, INC.**

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on this 29th day of November 2017 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.