IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 17-cv-02858-WJM (MJW)

ESTATE OF LLOYD R. WINDBIGLER

        Plaintiff,

v.

WELLS FARGO BANK, NATIONAL ASSOCIATION,
a foreign corporation doing business in the State of Colorado,
and CENTURYLINK, INC.,
a foreign corporation doing business in the State of Colorado

        Defendants.

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, through undersigned counsel, hereby stipulate that this Matter be dismissed with prejudice in its entirety, each party to pay its or his own attorney's fees and costs.

DATED this 27th day of December, 2017.


CLARK WILLIAMS AND MATSUNAKA, LLC

s/Stanley T. Matsunaka
Stanley T. Matsunaka #9843
Melissa K. Matsunaka #40875
Clark Williams and Matsunaka, LLC
2881 North Monroe Avenue
Loveland, Colorado 80538
Tel. (970) 669-8688
Email: Stan.Matsunaka@gmail.com; stmlaw3@aol.com
Attorneys for Plaintiff

- 2 -

KIOVSKY DUWALDT, LLC

*s/Elizabeth I. Kiovsky*
Elizabeth I. Kiovsky #18164
Kiovsky Duwaldt, LLC
2820 Welton St.
Denver, CO 80205
Tel. (303) 320-8301
Fax (866) 804-9379
Email: beth@kdemploymentlaw.com
Attorneys for Defendant, CenturyLink, Inc.

BROWN DUNNING WALKER

*s/Neal K. Dunning*
Neal K. Dunning #10181
Rachel H. Connor # 50831
Brown Dunning Walker, PC
2000 South Colorado Blvd., Tower Two, Suite 700
Denver, Colorado 80222
Tel. (303) 329-3363
Email: ndunning@bdwfirm.com; rconnor@bdwfirm.com
Attorneys for Defendant, Wells Fargo, National Association